THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : 3:23-CR-62 |
| | : (JUDGE MARIANI) |
| COREY L. THOMAS, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW**, THIS 6th DAY OF FEBRUARY, 2024, for the reasons set forth in the Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Corey L. Thomas's Motion to Suppress Evidence and Dismiss Indictment (Doc. 18) is **DENIED**.

Robert D. Mariani
United States District Judge